## Commonwealth *v.* Gilmore, Appellant.

Argued March 19, 1975. *Myrna W. Galfand,* with her *Marvin F. Galfand,* and *Galfand and Galfand,* for appellant; *Guy R. Sciolla,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.